MINUTES OF PROCEEDINGS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

|  |  |
|---|---|
| Date: | 1/22/10 |
| Judge: | James S. Gwin |
| Case No.: | 1:09cv02251 |
| Court Reporter: | None |

STATE OF OHIO,            )
                          )
    Plaintiff,            )
                          )
vs.                       )
                          )
NATIONAL ENTERPRISE       )
SYSTEMS, INC.,            )
                          )
    Defendant.            )

MATTERS CONSIDERED: Case management conference.

TOTAL TIME: 19 min.                    *s/    Gwen Mackey*
                                       Courtroom Deputy Clerk